**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| ANDREW DALE FULLMER<br>TRISH FULLMER | Bankruptcy No. 09-34138 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92005908965366.

3. The amounts are as follows:

Cottonwood Pathology                                            $ 2.90
P.O. Box 1442
Provo, Utah 84603-1442

IRS                                                                          .08
Attn:  Special Procedures, Mail Stop 5021
50 South 200 East
Salt Lake City, Utah 84111

4. A check in the amount of $2.98, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _18th_ day of _October_____, 2010.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 16th day of October, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111