KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| FULLMER, ANDREW DALE<br>FULLMER, TRISH | Bankruptcy No. 09-34138 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On October 15, 2010, Check # 108, in the amount of $675.31 was issued to UHEAA.

2. Said check was returned by the payee.

3. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92005908965366.

4. The last known name and address of the payee, to which the check was sent, is as follows:

   UHEAA
   PO Box 145108
   Salt Lake City, Utah 84114

5. A check in the amount of $675.31, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 2nd day of December, 2010.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _2nd_ day of _December_, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____